IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| ELMER KEITH TAYLOR, | ) | | |
| | ) | | |
| Petitioner, | ) | No. | C05-3046-MWB |
| | ) | | CR02-3042-MWB |
| vs. | ) | | |
| | ) | | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | | IN A CIVIL CASE |
| | ) | | |
| Respondent. | ) | | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Petitioner's request for relief pursuant to 28 U.S.C. Section 2255 is denied and this matter is dismissed in its entirety. Accordingly, a certificate of appealability will not issue.

Dated: November 15, 2007      ROBERT L. PHELPS
                              Clerk

                              /s/ des
                              (By) Deputy Clerk